UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. TOFAUTE and DAVID DIXON,<br><br>            Plaintiffs,<br><br>      v.<br><br>COUNTY OF MADERA et al.,<br><br>            Defendants. | No. 1:16-cv-01627-AWI-SKO<br><br>ORDER RELATING AND REASSIGNING CASE |

Review of the above-captioned action reveals it is related under this court's Local Rule 123 to an action pending before the undersigned: *John Oliveira v. Cty. of Madera*, Case No. 1:16-cv-01626-DAD-SKO. These actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned district judge has not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Sheila K. Oberto will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. Good cause appearing, the court orders that the above-captioned action is reassigned to U.S. District Judge Dale A.

/////

1

Drozd and U.S. Magistrate Judge Sheila K. Oberto.  All documents shall bear the new case number:

1:16-cv-01627-DAD-SKO

IT IS SO ORDERED.

Dated: __November 2, 2016__                  /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE

2