# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. TOFAUTE and DAVID DIXON,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF MADERA, et al.,<br><br>            Defendants. | Case No. 1:16-cv-01627-DAD-SKO<br><br>**ORDER TO AMEND PLAINTIFF DAVID DIXON'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

**ORDER**

Plaintiffs Timothy S. Tofaute and David Dixon, pro se litigants, filed a complaint on October 28, 2016, along with applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2 & 3.) Plaintiff David Dixon's application indicates that he is employed part-time at a wage of $10 per hour, but he does not indicate the amount of his take-home wages from this employment. Therefore, the Court is unable to determine at this time whether Plaintiff David Dixon is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that, **within 28 days from the date of this Order**, Plaintiff David Dixon shall file an amended application to proceed *in forma pauperis* that fully responds to <u>all</u> applicable questions, including indicating the amount of take-home wages he receives from his part-time employment.

IT IS SO ORDERED.

Dated:   **November 15, 2016**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE