# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. TOFAUTE and DAVID DIXON, | Case No. 1:16-cv-01627-DAD-SKO |
| Plaintiffs, | **ORDER TO AMEND PLAINTIFF TIMOTHY S. TOFAUTE'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COUNTY OF MADERA, et al., | (Doc. 2) |
| Defendants.      / | |

### ORDER

Plaintiffs Timothy S. Tofaute and David Dixon, pro se litigants, filed a complaint on October 28, 2016, along with applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2 & 3.)  Plaintiff Timothy S. Tofaute's application indicates that he receives disability compensation from the U.S. Department of Veterans Affairs, but he does not indicate the amount he has received and is receiving.  Therefore, the Court is unable to determine at this time whether Plaintiff Timothy S. Tofaute is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that, **within 28 days from the date of this Order**, Plaintiff Timothy S. Tofaute shall file an amended application to proceed *in forma pauperis* that fully responds to <u>all</u> applicable questions, including indicating the amount he has received and is receiving in VA disability compensation.

IT IS SO ORDERED.

Dated:   **November 15, 2016**            /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE