# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. TOFAUTE and DAVID DIXON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MADERA, et al.,<br><br>　　　　Defendants.　　　　／ | Case No. 1:16-cv-01627-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF DAVID DIXON'S AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 8) |

**ORDER**

Plaintiffs Timothy S. Tofaute ("Tofaute") and David Dixon ("Dixon"), pro se litigants, filed a complaint on October 28, 2016, along with applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2 & 3.)  On November 16, 2016, the Court ordered Plaintiff Dixon to file an amended application to proceed in forma pauperis that indicate the amount he has received and is receiving in disability compensation.  (Doc. 6.)  Plaintiff Dixon filed his amended application to proceed *in forma pauperis* on December 15, 2016.  (Doc. 8.)

Plaintiff Dixon's amended application demonstrates entitlement to proceed without prepayment of fees.  Accordingly, IT IS HEREBY ORDERED that Plaintiff Dixon's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **January 4, 2017**　　　　　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE