# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. TOFAUTE and DAVID DIXON,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF MADERA, et al.,<br><br>            Defendants. | Case No. 1:16-cv-01627-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF TIMOTHY S. TOFAUTE'S AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 9) |

**ORDER**

Plaintiffs Timothy S. Tofaute ("Tofaute") and David Dixon ("Dixon"), pro se litigants, filed a complaint on October 28, 2016, along with applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2 & 3.)  On November 16, 2016, the Court ordered Plaintiff Tofaute to file an amended application to proceed in forma pauperis that indicate the amount he has received and is receiving in disability compensation.  (Doc. 6.)  Plaintiff Tofaute filed his amended application to proceed *in forma pauperis* on December 15, 2016.  (Doc. 9.)

Plaintiff Tofaute's amended application demonstrates entitlement to proceed without prepayment of fees.  Accordingly, IT IS HEREBY ORDERED that Plaintiff Tofaute's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **January 4, 2017**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE